

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

HAYDEN HEAD
Chief Judge

Houston, Corpus Christi,
Laredo, Brownsville, McAllen,
Victoria and Galveston
Divisions

August 28, 2006

Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     Financial Disclosure for Calendar Year 2005

In response to your letter of July 27, 2006:

Part III B, line 1, █████████████████████████

Part VII, page 4, line 6, column C2, the date is 2005, from the tax appraisal of 2005.

Hayden He█

1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

(361) 888-3148
(361) 888-3179 Fax

| AO 10 | **FINANCIAL DISCLOSURE REPORT** | *Report Required by the Ethics* |
| Rev. 1/2006 | **FOR CALENDAR YEAR 2005** | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Head, Jr., Hayden W | Southern District of Texas | 06/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b.  ☐  Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1133 N. Shoreline Blvd. <br> Corpus Christi, TX 78401 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Agent | Farm, Grayson County, Texas |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 26 A 11:19 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Nursery School (Teaching) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN HIGH INCOME TRUST | B | Dividend | J | T | SELL | VARS. | K | B | |
| 2. IRA: HERNDON PLANT OAKLEY MONEY MARKET | A | Dividend | K | T | REINVESTMENT | MONTH | J | | |
| 3. IRA: GROWTH FUND OF AMERICA | A | Dividend | K | T | REINVESTMENT | 12-21 | J | | |
| 4. IRA: SMALL CAP WORLD FUND | A | Dividend | K | T | | | | | |
| 5. IRA: EUROPACIFIC FUND | A | Dividend | J | T | REINVESTMENT | 12-29 | J | | |
| 6. 1/3 ENTAILED INTEREST, FARM, GRAYSON CO., TX | C | Rent | O | Q | | | | | |
| 7. HERNDON PLANT OAKLEY MONEY MARKET (TAMARACK) | A | Dividend | J | T | BUYSELL | VARS | J | | SEE NOTE IN PART VIII |
| 8. CAPITAL WORLD BOND FUND | B | Dividend | K | T | BUY/SELL | VARS | J | B | |
| 9. HERNDON PLANT OAKLEY MONEY MARKET (TAMARACK), CHILD #3 | A | Dividend | J | T | BUY/SELL | VARS | J | | |
| 10. ROAD INC, ▓▓▓ #3 | A | None | J | T | BUY | 09-06 | J | | |
| 11. AMERICAN BALANCED FUND, ▓▓ #3 | A | Dividend | J | T | REINVST/SELL | VARS | J | A | |
| 12. HANOVER COMPRESSOR, COMMON | A | None | | | SELL | 02-17 | J | A | |
| 13. NORTHERN BORDER PTRS LTD PARTNERSHIP UNIT | B | Distribution | J | T | | | | | |
| 14. TEPPCO PTRS LIMITED PARTNERSHIP UNIT | B | Distribution | J | T | | | | | |
| 15. BECKS PRIME BOC LTD. 1/2 LTD. PARTNERSHIP UNIT | A | Distribution | J | U | | | | | |
| 16. BECKS DAIRY-ASHFORD I-10 SE LTD. PARTNERSHIP UNIT | A | Distribution | J | U | | | | | |
| 17. ▓▓▓▓401(K): DIVERSIFIED INVESTORS VARIABLE FUND | A | Dividend | K | T | BUY | MO | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U. S. TREASURY BOND, DUE 11-15-2021 | C | Interest | L | T | | | | | |
| 19. TRANSAMERICA LIFE INSURANCE; UNIVERSAL LIFE INSURANCE POLICY | B | Interest | L | T | PREMIUM | MO | J | | |
| 20. FIRST COLONY UNIVERSAL LIFE INSURANCE POLICY | A | Interest | J | T | PREMIUM | MO | J | | |
| 21. U.S. SAVINGS BONDS, SERIES EE | A | Interest | J | T | | | | | |
| 22. ███████ U.S. SAVINGS BONDS SERIES EE | A | Interest | J | T | | | | | |
| 23. IRA: AMERICAN HIGH INCOME TRUST | A | Dividend | J | T | REINVESTMENT | MO | J | | |
| 24. OVERRIDING ROYALTY INTERESTS, NUECES CO, TX & BORDEN CO., TX | A | Royalty | J | V | | | | | SEE NOTE IN PART VIII |
| 25. AMERICAN BANK, CORPUS CHRISTI, TX | A | Interest | M | U | | | | | SEE NOTE IN PART VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The following notes apply to Part VII, Item #:

7 - Account is used for temporary investment of income received pending transfer to bank or other reinvestment. No gain or loss is realized on sales of money market account.

24- Income received from Texas Comptroller of Public Accounts Unclaimed Property Fund. Reporting companies (marketers) are: Link Energy LTD Ptship, 1-31-1993, $741.84; Link Energy LTD Ptshp, 10-31-1999, $98.35; Koch Industries Inc., 1-1-1986, $9.73; Devon Louisiana Corp., 6-1-1998, $164.12; Link Energy LTD Ptshp, 12-31-1998, $41.79; Link Energy LTD Ptshp, $76.54; Link Energy LTD Ptshp, 12-31-2001, $12.13.

25- Insurance recovery from damages ▮▮▮▮▮▮

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544